DOC 10447 BK 5305 PG 102

Loan #:

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, CHASE BANK USA, N.A. F/K/A CHASE MANHATTAN BANK USA, N.A., WHOSE ADDRESS IS C/O JPMORGAN CHASE BANK, NA, 700 KANSAS LANE, MC 8000, MONROE, LA 71203, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 01/30/2002, made by JOSEPH W. JACKSON AND SHEILA M JACKSON to CHASE MANHATTAN BANK USA, N.A. and recorded on 02/08/2002 in Book 3066, Page 260 and Doc # 001841, in the office of the Recorder of OXFORD EAST County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 09/01/2016 (MM/DD/YYYY).
CHASE BANK USA, N.A. F/K/A CHASE MANHATTAN BANK USA, N.A.

By: _____
Omeka Newman
VICE PRESIDENT

STATE OF LOUISIANA   PARISH OF OUACHITA
On  09/01/2016  (MM/DD/YYYY), before me appeared Omeka Newman, to me personally known, who did say that he/she/they is/are the VICE PRESIDENT of CHASE BANK USA, N.A. F/K/A CHASE MANHATTAN BANK USA, N.A. and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_____
Angela Ruth Payne
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

ANGELA RUTH PAYNE
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 60422

Instrument Prepared By: Omeka Newman, JPMorgan Chase Bank, N.A., 780 Kansas Lane, Suite A, Monroe, LA, 71203, 800-401-6587
When Recorded Return To: JPMorgan Chase Bank, NA, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
JPCAS       -- CHASE         [C-1] FRMME1

Recorded: Oxford East County 9/16/2016  10:39:26 AM
Patricia A Shearman Register of Deeds

State of Maine   DATE Oct 2 2018
Oxford, ss.

I HEREBY ATTEST THAT THIS IS A
TRUE COPY OF RECORD.

BOOK 5305  PAGE 102
_____
Patricia A. Shearman
Register of Deeds, Oxford County East


EXHIBIT D