Recording Requested By:
FIRST AMERICAN MORTGAGE SOLUTIONS

And When Recorded Mail To:
FIRST AMERICAN MORTGAGE SOLUTIONS
3 First American Way
Santa Ana, CA 92707



Bk 5436   PG 373
10/15/2018 02:38:00 PM
Pages 1
ASSIGNMENT

Instr # 11499
Patricia A Shearman Register of Deeds   OXFORD COUNTY

_____ above for Recorder's use _____

Customer#: 1/1   Service#:

Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, JPMORGAN CHASE BANK, N.A., 1111 POLARIS PARKWAY, COLUMBUS, OH 43240-0000, hereby assign and transfer to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, all its right, title and interest in and to said Mortgage in the amount of $60,500.00, recorded in the State of MAINE, County of OXFORD Official Records, dated JANUARY 30, 2002 and recorded on FEBRUARY 08, 2002, as Instrument No. 001841, in Book No. 3066, at Page No. 260.
Executed by: JOSEPH W JACKSON AND SHEILA M JACKSON (Original Mortgagor).
Original Mortgagee: CHASE MANHATTAN BANK USA, N.A..

Date: SEPTEMBER 25, 2018
JPMORGAN CHASE BANK, N.A., BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT

By: _____
Roy Lacey, Authorized Signatory

State of    OKLAHOMA         }
County of  OKLAHOMA         } ss.

On SEPTEMBER 25, 2018, before me, Nancy Ortiz, a Notary Public, personally appeared Roy Lacey, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

(Notary Name): Nancy Ortiz
My commission expires: 09/29/2020

Prepared By: Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
RUCHI DIXIT, (405) 608-2535

EXHIBIT E

BK: 5436  PG: 373