# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Benjamin P. Campo, Jr., Esq., Special Administrator to the Estate of Joseph W. Jackson<br><br>**Defendant**<br>Norway Savings Bank<br>VK Yarmouth LLC dba Brentwood CTR for Health and Rehabilitation LLC<br><br>**Parties-In-Interest** | CIVIL ACTION NO: 2:19-cv-00573-DBH<br><br>**PARTIALLY CONSENTED MOTION FOR JUDGMENT**<br><br>RE:<br>4 Summer Street, Norway, ME 04268<br><br>Mortgage:<br>January 30, 2002<br>Book 3066, Page 260 |

**NOW COMES** the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, by and through undersigned counsel, hereby MOVES this Court to enter an Order to approve and enter the Consent Judgment of Foreclosure and Sale between the Plaintiff and Defendant, Benjamin P. Campo, Jr., Esq., Special Administrator to the Estate of Joseph W. Jackson attached hereto. All other parties have been defaulted. As grounds therefor Plaintiff states the following:

1. On August 24, 2020, Plaintiff sent Defendant, Benjamin P. Campo, Jr., Esq., Special Administrator to the Estate of Joseph W. Jackson, and Parties-in-Interest Norway Savings Bank and VK Yarmouth LLC dba Brentwood CTR for Health and Rehabilitation LLC a Consent Judgment of Foreclosure and Sale.

2. On August 27, 2020, Plaintiff received the Consent Judgment of Foreclosure and Sale executed by Defendant, Benjamin P. Campo, Jr., Esq., Special Administrator to the Estate of Joseph W. Jackson,

3. On September 11, 2020, Plaintiff sent Defendant, Benjamin P. Campo, Jr., Esq., Special Administrator to the Estate of Joseph W. Jackson an Updated Consent Judgment of Foreclosure and Sale.

4. On September 15, 2020 Plaintiff received the Consent Judgment of Foreclosure and Sale executed by Defendant, Benjamin P. Campo, Jr., Esq., Special Administrator to the Estate of Joseph W. Jackson, filed herewith, as Exhibit A.

5. The Party-in-Interest, Norway Savings Bank, was served on January 8, 2020.

6. A Motion for Default Judgment as to Party-in-Interest, Norway Savings Bank, was filed on August 17, 2020.

7. The Party-in-Interest, Norway Savings Bank, has not appeared throughout this action and has not executed the Consent Judgment of Foreclosure and Sale.

8. The Party-in-Interest, VK Yarmouth LLC dba Brentwood CTR for Health and Rehabilitation LLC, was served on December 27, 2019.

9. A Motion for Default Judgment as to Party-in-Interest, VK Yarmouth LLC dba Brentwood CTR for Health and Rehabilitation LLC, was filed on August 17, 2020.

10. The Party-in-Interest, VK Yarmouth LLC dba Brentwood CTR for Health and Rehabilitation LLC, has not appeared throughout this action and has not executed the Consent Judgment of Foreclosure and Sale.

WHEREFORE, Plaintiff requests that this Court approve the attached Consent Judgment of Foreclosure and Sale, and enter said Consent Judgment on the ECF Docket as to the Defendant and the defaulted Parties-In-Interest.

Dated:  September 28, 2020

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., hereby certify that on this 28th day of September, 2020 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

Benjamin P. Campo, Jr., Esq., Special Administrator to the Estate of Joseph W. Jackson
90 Bridge Street, Suite 100
Westbrook, ME 04092

Norway Savings Bank
261 Main Street
Norway, ME 04268

VK Yarmouth LLC dba Brentwood CTR for Health and Rehabilitation LLC
c/o Corporation Service Company, 45 Memorial Circle
Augusta, ME 04330